# EXHIBIT A

**Chatham County Police Department Incident Report**

# CHATHAM COUNTY POLICE DEPARTMENT INCIDENT REPORT
**Public copy**

GA: GA0250100
Case #: CC210427020

## EVENT

| Field | Value |
|---|---|
| INCIDENT TYPE | 16-6-1 - RAPE |
| COUNTS | 1 |
| INCIDENT CODE | 1103 |
| PREMISE TYPE | 5 COMMERCIAL |
| INCIDENT LOCATION | 5720 OGEECHEE RD, SAVANNAH, GA 31401 |
| LOCATION NAME | KROGER |
| LOC CODE | |
| WEAPON TYPE | |
| INCIDENT DATE | 04/27/2021 |
| INCIDENT TIME | 18:48 |
| TO DATE | 04/27/2021 |
| TIME | 18:48 |
| STRANGER TO STRANGER | YES X |
| COMPLAINANT | |
| ADDRESS | |
| PHONE NUMBER | PUBLIC COPY |

## VICTIM

| Field | Value |
|---|---|
| VICTIMS NAME | ENZOR, KALA MONET |
| RACE | B |
| SEX | F |
| AGE | 25 |
| DOB | 1995 |
| RESIDENCE PHONE | PUBLIC COPY |
| BUSINESS PHONE | PUBLIC COPY |
| ADDRESS | 4039 ENGLISH VALLEY DR, ELLENWOOD, GA 30294-6529 |
| CENSUS TRACT | |
| EMPLOYER OR OCCUPATION | |
| STUDENT ? | NO X |

## OFFENDER

| Field | Value |
|---|---|
| NAME | HATHORNE, GREGORY LASHUN |
| RACE | B |
| SEX | M |
| DATE OF BIRTH | 1995 |
| AGE | 26 |
| ADDRESS | 1069 NORTHSIDE DR, PORT GIBSON, MS 391500000 |
| HEIGHT | 602 |
| WEIGHT | 160 |
| HAIR | BLK |
| EYES | Bro |
| WANTED | |
| WARRANT | |
| ARREST | X |

### CHARGES

| CHARGES | COUNTS | OFFENSE CODE | OFFENSE / ARREST | JURISDICTION |
|---|---|---|---|---|
| 16-5-40 - KIDNAPPING | 1 | 1006 | | |
| 16-6-1 - RAPE | 1 | 1103 | | |
| 16-5-23.1 - BATTERY | 1 | 1313 | | |

JURISDICTION: CI = CITY, CO = COUNTY, ST = STATE, OU = OUT OF STATE, UN = UNKNOWN

| Field | Value |
|---|---|
| TOTAL NUMBER ARRESTED | 1 |
| ARREST AT OR NEAR OFFENSE SCENE | YES X |
| DATE OF OFFENSE | 04/27/2021 |

## VEHICLE

(blank)

## WITNESS

| NAMES | ADDRESS | PHONE NUMBER |
|---|---|---|
| EDWARDS, TIMOTHY VADA | SAVANNAH, GA 31419-9452 | PUBLIC COPY REDACTED |
| JACKSON, MALAANA DENISE | SAVANNAH, GA 31415-8721 | PUBLIC COPY REDACTED |
| AVRAMOVA, DIANA K | SAVANNAH, GA 31419-8479 | PUBLIC COPY REDACTED |

## PROPERTY

(all blank)

JURIS. CODES: 1 = CITY, 2 = COUNTY, 3 = STATE, 4 = OUT OF STATE, 5 = UNKNOWN

## ADM

GCIC ENTRY: WARRANT, MISSING PERSONS, VEHICLE, ARTICLE, BOAT, GUN, SECURITIES
VICTIM WILL PROSECUTE, UNIF. FOLLOW UP, PHOTO TAKEN?, VIDEO\AUDIO, CID NOTIFIED?, FORWARDED TO CID

## CLEAR

| Field | Value |
|---|---|
| CLEARED BY ARREST | |
| EXCEPTIONALLY CLEARED | |
| UNFOUNDED | |
| REPORT DATE | 04/27/2021 |
| DATE OF CLEARANCE | |
| ADULT | |
| JUVENILE | |
| CASE | X ACTIVE |

## DRUG

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG RELATED? NO X

## NARRATIVE

**On April 27, 2021 at 1848 hours, I was dispatched to 5720 Ogeechee Rd (Kroger) in reference to an incident. See supplemental.**

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER | ASSIGNED INVESTIGATOR | NUMBER |
|---|---|---|---|---|---|
| COX , JENNIE | 10141 | ESKRIDGE, BRET | 3731 | EDWARDS, ROBERT | 3923 |

**Officer Supplementals -- Case No. CC210427020**

| Officer Name / Badge: | COX , JENNIE  / | Entry Date / Time: | 04/27/2021 | 22:05 |

On April 27, 2021 at 1848 hours, I was dispatched to 5720 Ogeechee Rd (Kroger) in reference to a rape that just occurred in the women's bathroom.

Upon my arrival on scene, I spoke with the victim, Ka'la Enzor. Ms. Enzor was dressed in an employee's shirt with nothing else on standing outside the bathroom where the incident occurred. Ms. Enzor stated she had come to Kroger with her boyfriend since they were going out to dinner. Ms. Enzor said, when she entered the restroom she saw a woman and her child inside.  Ms. Enzor said, as  she was washing her hands, they left and the suspect came out of a stall, took her by the throat and pushed her back into the large handicap stall she was in (the back stall), and told her to be quiet. Ms. Enzor said, he then started pulling off her pants, took her by the neck, and bent her over. She stated that there was penetration without protection. Ms. Enzor said, she tried to fight back and broke her pink nail. She stated that her purse, glasses lense, and pants were still in the women's bathroom. She said, that the suspect broke her glasses and that there was a missing lense. She said, he pulled her ankle as she tried to escape out of the bottom of the stall he had locked himself and her in. She stated that she asked him if she could put on her glasses, and stated that  he told her to just stop so he would not have to knock her out. She said he covered her mouth so she could not scream. She stated that is when an employee, Malaana Jackson, heard her.

Upon speaking with Ms. Malaana Jackson, she stated that as she was leaving work, she was going to the bathroom. She stated that when she was approaching the bathroom, she heard a female screaming for help. She advised that she then went to get another employee, Ms. Diana Avramova, to accompany her into the bathroom. Ms.  Jackson stated that the suspect was still in the bathroom when she went in with Ms. Avramova. She explained that as the store manager, Timothy Edwards, was about to enter the bathroom, the suspect ran out. She said that a customer in the store heard that there was a rape and chased the suspect.

EMS transported Ms. Enzor to Memorial Hospital. Detective Riogelio responded to the incident and went with Ms. Enzor to the hospital.

Detective Edwards spoke with the witnesses. Corporal Holden responded as forensics to investigate the crime scene.

My body worn camera was activated during this call for service.