# EXHIBIT B

**Kroger Incident Report (4-27-21 Enzor Assault)**



# Incident Report

**Claim Number** 402104B3A860001

Report to be completed by Store Management within 24 hours of incident notice

DATE 4/27/21   DIVISION Atlanta   STORE # 645

### Section A: Store ID

Address 5720 Ogeechee Rd  City Savannah  State GA  Zip 31405

Manager on Duty at Time of Incident Tim Edwards  Store Phone 912-235-3420

Store Email Address Timothy.edwards@stores.kroger.com

Manager Email Address _____

MOD Schedule for Next 5 Days  S_____ M_____ T_____ W_____
TH_____ F_____ SA_____

### Section B: Customer ID (Please provide contact for parent/guardian if minor is involved)

Name N/A  Age_____ Gender: M/F

Name of Parent/Guardian _____

Date of Birth_____ Marital Status_____ Loyalty ID # _____

Address_____ City_____ State_____ Zip_____

Home Phone_____ Cell Phone_____ Work Phone_____

Employer_____ Title_____

Work Address_____ City_____ State_____ Zip_____

Physical Description (Ht. Wt., Hair Color, describe footwear if slip or fall etc...) _____

### Section C: Incident Information

Date of Incident 4/27/21    Time of Incident 6:30  AM/**PM**

Date Notified of Incident 4/27/21    Time Notified 6:35  AM/**PM**

---

Effective December 2018     Incident Report     Confidential     Page 1



# Incident Report

Claim Number  4 0 2 1 6 4 B 3 4 8 6 0 0 0 1

Name of Employee Initially Notified __Mamar Jackson__

EUID of Employee Initially Notified __Tim Kelwrt__

Describe where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...) __Inside Women Restroom__

Provide Brief Description in ten words or less for Call Center entry __Female customer was Assulted by Male customer.__

Provide Detailed Description of the incident
(as witnessed by you) OR (as conveyed by the customer) (circle one)

Please describe area of incident, including the presence of any cones, warnings, size and color of hazards, etc...(as witnessed by you in your investigation, not as conveyed by the customer)

__Women Restroom__

Name and contact information of any third party with potential liability for the incident (vendor, landlord etc...) __N/A__

Injury/Damage Claimed (Be specific – for example, "back of lower left leg" or "right front driver's door")

__Sexual Assault.__

Did Police or Emergency Services Respond? (Y)/N  If Yes, Who? __Chatham County Police__

Effective December 2018      Incident Report      Confidential      Page 2



# Incident Report

Claim Number __402104B3A860001__

Report Number or Contact Name and Phone#_____

Did, or will, the customer seek medical treatment? Y/N

Doctor or Medical Facility Name, if known __UNKNOWN__

Address_____ Phone_____

### Section D:   Witness ID

1 Name_____ Employee: Y/N  Phone_____

Address_____ City_____ State_____ Zip_____

2 Name_____ Employee: Y/N  Phone_____

Address_____ City_____ State_____ Zip_____

3 Name_____ Employee: Y/N  Phone_____

Address_____ City_____ State_____ Zip_____

Names and EUID of any employees nearby, if not listed above:

_____
_____

### Section E:   Additional Comments (Please use this area to comment on anything not covered in the Incident Report.  This could include Personal observations or concerns.)

_____
_____
_____
_____

Print Name and EUID of Employee Completing This Report

Name __Tim V Rickman__     EUID __TK48846__

Signature _____     Date __7/27/21__

Remember to check for video and to forward photos



## Customer Statement

Claim Number  4021643486001

This form should be completed by a parent or guardian if incident involves a minor. Please complete this form with as much detail as possible.

Date __N/A__ Store Address _____

City _____ State _____

### Contact Information

Name _____ Age _____ Gender: M/F

Parent/Guardian (if minor) _____

Date of Birth _____ Marital Status _____

Address _____ City _____ State _____

Home Phone _____ Cell Phone _____

Work Phone _____ Email _____

Preferred Method(s) of contact:    Home/cell/work/email  (circle one)

### Facts

Date of Incident _____ Time of Incident _____ AM/PM

Describe exactly where the incident occurred (Department, aisle #, area of parking lot, sidewalk, etc...)

_____
_____

Describe what happened _____
_____
_____
_____
_____
_____
_____



## Customer Statement

Claim Number: 402104B3A860001

Describe any Injuries or Pain from this incident (Please be specific) _Unknown at the time._

Describe any Personal Property that was damaged (Please be specific) _N/A_

Please identify the person(s) to whom you reported the incident _____

### Witness ID

1 Name _Malanna Jackson (Employee)_ Phone _912-235-3420_
Was this person shopping with you? Y/(N)
What is this person's relationship to you? _N/A_

2 Name _____ Phone _____
Was this person shopping with you? Y/N
What is this person's relationship to you? _____

3 Name _____ Phone _____
Was this person shopping with you? Y/N
What is this person's relationship to you? _____

Your Signature _____ Date _____



# Evidence Report

Claim Number: 402104B3A860001

Please use this form to document video, photos and/or the scene diagram. Please make a copy of this report, wrap it around the video and photos and forward it with the video and photos inside. Also, please secure other evidence, such as the product or bas-cart that may have allegedly caused injury.

DATE 4/27/21   DIVISION Atlanta   STORE # 645

Date of Incident 4/27/21   Time of Incident 630   AM/**PM**

Section A:   Video (Please list each camera location separately, if applicable)

*** Note – if incident is not captured on video, please capture video of the cameras nearest to the area where the incident occurred. In addition to the incident scene, video of the customer entering and exiting the store is helpful.

Name of Person Who Retrieved Video: Todd Sheehan (LPM)

Title and EUID, if applicable: ___

Comments (such as whether video system was not working, incident is not captured etc...): Todd Sheehan LPM will be burning CD's. Contact him by email toddsheehan@kroger.com.

Customer Name: N/A   Gender: M/**F**

Please describe the customer's clothing, hair color, etc...to assist with identification on video: ___

Please describe witnesses on video: ___



# Evidence Report

Claim Number  402104B3486000I

1. Camera Location/View _____

   Camera/Unit Number _____

   Recording Time from _____ AM/PM to _____ AM/PM

2. Camera Location/View _____

   Camera/Unit Number _____

   Recording Time from _____ AM/PM to _____ AM/PM

3. Camera Location/View _____

   Camera/Unit Number _____

   Recording Time from _____ AM/PM to _____ AM/PM

Section B:   Photos (If photos are taken, please take photos before the area is cleaned)

Name of Photographer  Tim Edwards

Title and EUID  TE49846

Photo 1 Date and Time Photo was Taken  5/2/21   (AM)/PM

Brief Description of Scene  Restroom Hall And Women Restroom.

Photo 2 Date and Time Photo was Taken _____ AM/PM

Brief Description of Scene _____

Photo 3 Date and Time Photo was Taken _____ AM/PM

Brief Description of Scene _____

Effective December 2018        Evidence Report        Confidential        Page 2



# Evidence Report

Claim Number  402104B3A860001

If utilizing a disposable camera, photos should be developed, and one copy kept at the store before forwarding to Sedgwick.  Use this form to enclose the photos when mailing.  Digital photos should be emailed once Sedgwick contacts you.  Save a copy of these digital photos as well.

**Section C:    Diagram** Please diagram the scene including locations of displays, signage, warning cones etc... Use X to show location of the accident; Use arrows to show the customer's direction of travel, if applicable

Name and EUID of Employee Completing This Report  Tim Kelund

Signature _____    Date  4-27-21