# EXHIBIT C

**Excerpts of the Deposition of Carolyn Enzor**

**Pages: 41-48**

Page 1

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

CAROLYN ENZOR, as Next Friend
of K.E. and K.E., minors, and
JULIANNE GLISSON, as Temporary
Administrator of the Estate
of KA'LA ENZOR,

       Plaintiffs,                   Civil Action
                                                  No. 4:22-cv-83

vs.

THE KROGER CO.,

       Defendant.

DEPOSITION OF

CAROLYN ENZOR

January 20, 2023

9:50 a.m.

104 W. State Street, Suite 220

Savannah, Georgia

Deborah K. Lingonis, RPR, CCR 2883

McKee Court Reporting, Inc.
912-238-8808

Page 41

1   A. Yeah.
2   Q. Okay. Did she have issues with anemia?
3   A. I'm not sure.
4   Q. Okay. Did she have problems with headaches?
5   A. Not as I know of.
6   Q. How about any allergies?
7   A. No, just regular seasonal allergies.
8   Q. Okay. Allen told us that he thought she had a
9   peanut allergy?
10  A. Oh, peanuts. Yes, she was allergic to
11  peanuts.
12  Q. Had she ever had an incident where she had to
13  get treated because of peanut consumption?
14  A. Probably so. I'm not sure.
15  Q. Okay.
16  A. I'm not sure.
17  Q. Did Ka'la take any medication on a regular
18  basis?
19  A. No. Not as I know of.
20  Q. Did she use drugs recreationally?
21  A. Not as I know of.
22  Q. Did she have any mental health issues that you
23  know of?
24  A. No.
25  Q. Did she use alcohol?

Page 42

1   A. Yeah, I have seen her drink something, but it
2   was -- I know it was alcohol, maybe like wine or
3   something like that.
4   Q. Okay. Do you, yourself, drink alcohol?
5   A. I don't drink, I don't smoke, no drugs,
6   nothing.
7   Q. Okay. So let's talk about the seizure she had
8   in August when she passed away. You started to tell me
9   that you had gone to the bathroom and you heard a funny
10  sound.
11  A. Yes.
12  Q. What happened next?
13  A. I came out of the bathroom, and I went to the
14  second bedroom. And I turned on the light, and there
15  she was. She was gurgling and just a few seconds after
16  the gurgling sound everything just stopped.
17      I proceeded to do CPR on her. By that time, I
18  was telling my granddaughter to called 911 as I was
19  doing CPR. So they got there, and they ran up the
20  stairs, and they started working on her.
21  Q. Okay. Did Ka'la have her own bedroom?
22  A. Yes. Her own bedroom, yes.
23  Q. Where did the kids sleep?
24  A. Okay. One of the children slept with her, and
25  the baby boy slept with me.

Page 43

1   Q. Okay.
2   A. You know, in the room with me.
3   Q. Yeah.
4   A. He had his own little cot, you know. And Kai'
5   and Ka'la slept together.
6   Q. Gotcha. So your apartment was a two-story?
7   A. Yes, upstairs. The bedrooms was upstairs and,
8   you know, living room downstairs.
9   Q. Gotcha. Do you want to take a break?
10     MR. MANLY: Yes.
11     (Recess 10:47 to 10:52 a.m.)
12  BY MS. O'HEARN:
13  Q. So let's go back to the date of August 6,
14  2021, which is the date that Ka'la passed away. Did
15  Allen come to your apartment that night?
16  A. Yes.
17  Q. And did you go to the hospital?
18  A. Yes.
19  Q. And was Allen there too?
20  A. Yes.
21  Q. The hospital record indicates that Ka'la had a
22  history of seizures and had had a seizure. And I'm
23  going to quote from this report. It says, "Was noted
24  to have a seizure at some point yesterday but did not
25  go to the hospital."

Page 44

1       Do you know anything about that?
2   A. No, I didn't. I don't recall that part.
3   Q. Was there anybody else at the hospital where
4   they could have gotten that information besides you or
5   Allen?
6   A. No.
7   Q. Did Shelena go to the hospital with you?
8   A. No. She stayed with the children.
9   Q. Okay. But you don't recall telling anyone at
10  the hospital or the paramedics that Ka'la had had a
11  seizure the previous day?
12  A. I don't recall.
13  Q. Okay.
14  A. I don't recall at the moment.
15  Q. The paramedics that were there that night said
16  that they had found a bottle of hydrocodone in Ka'la's
17  room. Do you know anything about that?
18  A. No, I don't.
19  Q. Do you know what hydrocodone is?
20  A. Yeah, it's a medication. But I cannot recall
21  that portion of it.
22  Q. Okay. All right. Were Allen and Ka'la dating
23  one another?
24  A. Yes.
25  Q. When did that start?

Page 45

1   A. I -- (gesturing). I'm sorry.
2   Q. That's okay. Had they been in a relationship
3   for a while?
4   A. Yeah. I'm quite sure for a while, yeah.
5   Q. Were they living together?
6   A. No. I'm sorry, no.
7   Q. All right. We need to talk about the incident
8   that happened at Kroger. Okay. My understanding is
9   that it happened on April 27, 2021.
10      Do you have any reason to think that's not the
11  right date?
12  A. No.
13  Q. Okay. Tell me what you know about what
14  happened.
15  A. I only know what happened from, you know,
16  Allen and Ka'la telling me what happened.
17  Q. Okay.
18  A. And she went to the store for me because I was
19  trying to prepare dinner. And she went to the
20  bathroom. Allen went in the store with her and was
21  waiting for her to come out of the bathroom.
22      And in some kind of way heard screaming.
23  Everything was happening so fast, you know, but she ran
24  out of the bathroom.
25      She was naked, you know, from her waist down.

Page 46

1   I mean, she wasn't totally naked but from the waist
2   down, and I think the pharmacist was right there. And
3   she pulled off her jacket and gave it to her to wrap it
4   around her.
5       In some kind of way the man ran out. He ran
6   out and he was running, but they did catch him.
7   People -- everybody was running.
8       I mean, they caught him. They caught him.
9   And the police came and took him away and everything,
10  and they took her away in the ambulance and got her,
11  you know, checked out and everything.
12  Q. Okay. So my understanding is that Allen
13  called and told you about what happened; is that
14  right?
15  A. Yes.
16  Q. And what was your reaction to what you were
17  told?
18  A. I was -- I was just terrified. You know, I
19  was scared. I didn't know what had happened to my
20  child.
21  Q. Right. When did you next see Ka'la?
22  A. That morning because they kept her at the
23  hospital. You know, they had her at the hospital.
24  And, you know, I saw her that same day -- that same
25  night rather.

Page 47

1   Q. And how was she doing?
2   A. She just came in, laid on me and cried. She
3   just cried. And I told her it was going to be okay. I
4   told her everything is going to be okay. I'm sorry.
5   Q. No, ma'am. Please don't apologize. This is
6   awful stuff to have to go through.
7       MS. O'HEARN: Let's go off the record.
8       (Recess.)
9       MS. O'HEARN: Let's go back on the record.
10  Q. Okay. So Ka'la got home and she cried. Did
11  she talk to you specifically about anything that
12  happened?
13  A. She just -- at that particular time she was
14  like, "Mom, that man caught me in the bathroom, you
15  know, and he raped me."
16      And I just tried to console her and say, "It's
17  going to be okay."
18  Q. All right. Did you see injuries, signs of
19  injury on her?
20  A. I wasn't looking at the time.
21  Q. Sure.
22  A. I mean, I was just trying to console her.
23  Q. Did you later learn that she had been injured
24  in the attack?
25  A. Yes. She had, you know, if I'm not mistaken I

Page 48

1   think she had scratches, you know.
2   Q. Okay.
3   A. I can't remember where at over her body, but I
4   know she had scratches.
5   Q. Okay. Did you ever talk to the police about
6   what happened?
7   A. No. Not as I know. I don't remember. I
8   can't even remember.
9   Q. All right. Have you ever spoken with the
10  district attorney's office about the case against the
11  person that attacked her?
12  A. Yes.
13  Q. All right. Tell me about that.
14  A. Well, they called me and just was telling me
15  about, you know, of course, what happened and they were
16  saying, you know -- oh, they called and was letting me
17  know where the man was. He was still, you know.
18  Q. In jail?
19  A. Yeah, in jail and everything. And that's
20  basically it. They was just letting me know, you know,
21  if I had any questions to call them back.
22  Q. Did Ka'la know this man?
23  A. Oh, no. No.
24  Q. And you didn't know him?
25  A. No.