# EXHIBIT E

**Excerpts of the Deposition of Diana Avramova**

**Pages: 23-30, 35-42, & 67-74**

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CAROLYN ENZOR, as Next Friend )
of K.L.N.E. and K.A.E., and )
JULIANNE GLISSON, as Temporary )
Administrator of the Estate of )
KA'LA ENZOR, )
 )
        Plaintiffs, ) CIVIL ACTION NO.:
 )
    v. ) CV422-083
 )
THE KROGER CO., )
 )
        Defendant. )

DEPOSITION OF

DIANA AVRAMOVA

June 7, 2023
10:13 a.m.

7 East Congress Street, Suite 712
Savannah, Georgia

Mynjuan P. Jones, RPR, CCR-B-1422

**Gilbert & Jones**
Certified Court Reporters

P. O. Box 1894 (31521)
1607 Norwich Street
Brunswick, GA 31520

gilbertandjones1@gmail.com
912.264.1670

P. O. Box 14515 (31416)
7505 Waters Avenue, F3
Savannah, GA 31406

**Page 23**

1  So the second shift is probably about one person
2  closing.
3      Q.   Explain that to me.
4      A.   For example, we have two to three people
5  during the day that is in my department.
6      Q.   Right.
7      A.   And we have one closer which come in 2:00
8  o'clock to 10:00 p.m.
9      Q.   Okay.
10     A.   Because we try to do all the work and left
11 the department set up for the night shift clearly and
12 full.
13          So my job is to make sure everything is
14 clear and full before I left at 3:00, for example, if
15 I'm working 7:00 to 3:00. So going to have smooth
16 nights.
17     Q.   So middle shift, was that a time that
18 Kroger would bring in an employee to prepare --
19     A.   Yes. The middle shift is mainly just to
20 fill the gap. Because this is a busy store and the
21 product is getting faster out of the shelves so that
22 is the middle shift for.
23          They work frozen sometimes. We have a lot
24 of products. We just need to go out to the freezer,
25 fill up the freezers, work and serve the customers

GILBERT & JONES

**Page 24**

1  behind the counter and make sure the shelves is full
2  too.
3      Q.   For the night shift?
4      A.   Yes.
5      Q.   What was the night shift? When did that
6  start?
7      A.   The night shift is from 2:00 to 10:00.
8      Q.   Okay.
9      A.   That's it.
10     Q.   The first thing you would do, my
11 understanding is you would go to the manager's office
12 and clock in with your fingerprint. Is that correct?
13     A.   No. I go to the clock time, which is out
14 of the manager's office. It's like a small machine
15 and it's to the wall.
16          So everybody go to this machine and put
17 their fingers and clock in and out but in this -- but
18 right now they changed the system so we have my time
19 right now so we can clock from the phone and they
20 changed this machine, so we don't put the fingers
21 anymore. We just punch the number. So you have your
22 special number. It's only your number.
23     Q.   And you're able to do it through a phone
24 app or something?
25     A.   Yes.

GILBERT & JONES

**Page 25**

1      Q.   When did that become the norm?
2      A.   That become last year.
3      Q.   Sometime in 2022?
4      A.   Yes, but I can't remember which is exactly
5  the month.
6      Q.   Don't worry about that. So it went from a
7  clock in with your finger to an app system to show
8  that you were there and everything like that?
9      A.   Yes.
10     Q.   After you clock in now on any given day
11 with your app, would you go directly to your
12 department; is that correct?
13     A.   Yes.
14     Q.   And when you get to your department, would
15 each day there be a meeting or anything about, hey,
16 this is what we need to do today or did you just know
17 what your roles were and begin working?
18     A.   So when I clock in, I usually go to the
19 locker dressed up with my apron, the blue apron. So
20 put your apron and I go to the department.
21          And usually I know what to do. Sometimes
22 my manager is navigating me, what they didn't do at
23 night and what I should have to do, but most of the
24 time I know what I need to do and I start to open the
25 department, fill it up, the empty shelves, and check

GILBERT & JONES

**Page 26**

1  what I need, mark down, scan out the products, like
2  out of date products need to be scanned out, and fill
3  it up with the new product which is exchange it and
4  stuff like that.
5      Q.   I got you. I got you. And your time from
6  2008 up until the time of the incident we're talking
7  about, were there ever any individuals that you
8  noticed or knew of that were dedicated solely to
9  security present at the Berwick Kroger?
10     A.   I really don't understand the question.
11     Q.   From 2008 until the time of the incident,
12 just based on your observations, did you ever observe
13 any security personnel people that were in charge of
14 just providing security?
15     A.   So we used to have a security in the store
16 but it was long time ago, I guess from eight, maybe
17 more years, maybe ten years ago.
18          We used to have a security overnight but
19 we were open 24 hours, and after that they took it
20 off.
21          The Kroger decide to cut that security but
22 I'm not sure which year that happened but I remember
23 we used to have the security overnight and during the
24 day too.
25     Q.   Did that person wear like a security

GILBERT & JONES

```
                              27
 1  uniform?
 2      A.   Yes.
 3      Q.   Do you remember if they were provided any
 4  kind of -- did they have guns or weapons or anything?
 5      A.   I'm not sure about the gun but they have
 6  the blue shirt, like the blue -- I'm not sure how to
 7  say that.
 8      Q.   Something that you recognize them as a
 9  security guard?
10      A.   Yes, and they have a badge number like
11  police.
12      Q.   During that time period, and I think you
13  said it was probably at least ten years ago that
14  there was security personnel at the Berwick Kroger?
15      A.   Yes.
16      Q.   How many security personnel would be on
17  for any shift?
18      A.   Just one.
19      Q.   And where would that security person be
20  stationed?
21      A.   They were up front next to the door when
22  you go in.
23      Q.   Right when you would walk in, there would
24  be security personnel?
25      A.   Yes.
                       GILBERT & JONES
```

```
                              28
 1      Q.   Did they have their own office or were
 2  they just standing there?
 3      A.   No, they don't have office.  They just
 4  standing there I guess six, eight hours.  I'm not
 5  sure how many hours but they just standing there.
 6      Q.   Did they give them a chair?
 7      A.   No.
 8      Q.   No chair.  They would be there at the
 9  opening of the entrance?
10      A.   Yes.
11      Q.   And you don't remember what year that
12  security guard was taken away?
13      A.   Sorry.  I'm not.
14      Q.   Did anyone tell you why they removed the
15  security personnel from the Berwick Kroger store at
16  any point?
17      A.   They told me because just Kroger decide to
18  drop off that budget.  I'm not sure why but that's a
19  Kroger decision.  That's what they told me.
20      Q.   From that time, after those security
21  personnel left, you never saw any uniformed security
22  personnel at the Berwick Kroger?
23      A.   No.
24      Q.   What is your understanding -- if you don't
25  understand, then please tell me so.
                       GILBERT & JONES
```

```
                              29
 1      A.   Sure.
 2      Q.   What is your understanding of the person
 3  at the Berwick Kroger store, if there was any, who
 4  was in charge of security procedures?
 5           MS. O'HEARN:  At what point in time?
 6           MR. SHIPLEY:  The date of the incident.
 7           THE WITNESS:  So you asked me who was the
 8      person who was in charge for the security?
 9      Q.   (By Mr. Shipley)  Yes, ma'am, at the time
10  of the incident.
11      A.   I'm not sure I know who was the person for
12  the security because in this position we don't have
13  nobody so I'm not sure.
14      Q.   In your time there from 2008 up until the
15  date of the incident in April of 2021, were you ever
16  required to attend any meetings where security
17  procedures were discussed for the store?
18      A.   No, not at all.
19      Q.   Were you ever provided as an employee any
20  kind of employee manuals or anything like that?
21      A.   We take the test like for the employees
22  but I didn't get like a verbal instruction for
23  security but I took the test.
24      Q.   When you say no verbal, you mean no
25  classes or anything?
                       GILBERT & JONES
```

```
                              30
 1      A.   Yes, that's what I mean.
 2      Q.   Where would you take these tests?
 3      A.   Frequently, every year.
 4      Q.   Once a year there would be a test?
 5      A.   Yes.  I took the test a while ago,
 6  probably a month ago again.  It was a computer test.
 7      Q.   Where was the computer located that you
 8  took the test on?
 9      A.   It's upstairs.  We have some desks for
10  employees, for the manager, assistant manager, and
11  for each leader -- each manager, like the deli
12  manager, produce, meat manager.  We have some
13  different desks.  So it's upstairs near to manager's
14  office.
15      Q.   Near the manager's office?
16      A.   Yes.
17      Q.   When you say upstairs, the upstairs would
18  be when a customer first comes into the store and
19  goes left; is that correct?
20      A.   Yes.
21      Q.   Is that office above the restrooms?
22      A.   So the office is located, when you go to
23  the store, it's on the left.  So you'll have the
24  stairs and that is like a second floor and we have
25  one room which is manager's office and we have open
                       GILBERT & JONES
```

35

1  A.  Yes.
2  Q.  Were you able to take it home with you?
3  A.  Yes.
4  Q.  Were you given one every year?
5  A.  No.
6  Q.  Just kind of when you started?
7  A.  Yes, a long time ago.
8  Q.  Do you still have it?
9  A.  I don't have that.
10 Q.  So what I'm going to show you next is what I've marked as Plaintiff's Exhibit 2 which is titled the Loss Prevention Reference Manual. Would you take a look at that and tell me if you've ever seen a copy of that.
15 A.  No, I didn't see that before.
16 Q.  Maybe you've answered my question but have you ever seen a copy of that manual at the Berwick Kroger anywhere?
19 A.  At Kroger? They probably have that but I'm not sure.
21 Q.  That's okay. I'm going to show you what I marked as Plaintiff's Exhibit 3 which is the Asset Protection Reference Manual. Have you ever seen a copy of that manual?
25 A.  No, but I took the videos which is pretty

36

1  much similar. I took some tests with this but not like on the paper.
3  Q.  So you think some of the videos contain some of the subject matter that's contained within the Asset Protection Manual?
6  A.  Yes.
7  Q.  Have you ever seen or know where the location of the Asset Protection Manual is at the Berwick Kroger? For instance, if you had to go find it today, do you know where to look?
11 A.  If I'm honest, I don't.
12 Q.  All right. That's all I wanted to ask you about that.
14     During these computer tests and videos, did the videos address anything about identifying potentially dangerous persons within Kroger or suspicious behavior, anything like that?
18 A.  Yes.
19 Q.  Can you tell me a little bit about that.
20 A.  So, for example, if we see somebody. Because from my experience we have so many people -- we had one lady. She passed down the floor near to my department which was the produce department and I been there.
25     We had one person who is I guess passed

37

1  away during the day shift which it was around Starbucks.
3      We have so many accidents. Like with the flip-flops, they slide and lay down on the floor because we had some spilled water on the floor and she didn't see the sign.
7      In my experience I got one person who was just lay down on the floor because she was slipped and she said she's going to sue Kroger and she was on the front door for about half an hour, laid down, talking with the phone with the police. Because she wanted to sue Kroger and she was sitting right there. It was a big drama.
14 Q.  Okay.
15 A.  So on the safety videos, the safety videos, they say we just have to talk with the managers, like the store manager, meat manager. That's what we need to do. Nothing else.
19 Q.  Report it to the managers?
20 A.  Report it to the managers and they will call 911 and get the action and everything else. My job like a person. That's it. Nothing else.
23 Q.  I got you. Would the Berwick Kroger or management team or anyone provide any documentation or reports of criminal activity that occurred within

38

1  the store to its employees such as you?
2  A.  I don't know.
3  Q.  Probably the same answer but did the management of Kroger ever provide any kind of report or documentation of criminal activity that occurred within the Berwick Shopping Center? And when I say that, not just at Kroger but all the other stores that are contained within.
9  A.  I don't know that either.
10 Q.  You've never seen any kind of documentation or anything like that?
12 A.  No.
13 Q.  Did Kroger management ever talk to you about safety procedures when traveling to your car after a shift or anything like that?
16 A.  No.
17 Q.  Would you ever as a Kroger employee receive reports about what they refer to as shrinkage or lost product?
20 A.  Yes.
21 Q.  How would that come up?
22 A.  Because every morning we used to have a meeting but right now they cut it. We don't have that. Sometimes we do but sometimes we don't.
25     So they give us the numbers, how many

```
                                          39
 1   percent we have lost and how many percent we have
 2   shrink and like theft. We have our numbers with the
 3   paper.
 4        Q.   So there would be a paper that showed how
 5   many --
 6        A.   Yes. They give it to each department.
 7        Q.   How frequently was that given?
 8        A.   Every morning. Every other morning. But
 9   that is like a short meeting, about ten minutes.
10   Like a huddle. We have huddles.
11        Q.   Would you have huddles within departments
12   or would it be storewide?
13        A.   It's from all departments and they call on
14   the intercom. So, for example, we're going to a
15   certain place which they call. Sometimes it's in the
16   back room. Sometimes it's upstairs with the
17   manager's office.
18              We have a huddle and they talk about how
19   many percent we're up, how many percent we're down,
20   each department, how we're doing in the store.
21        Q.   Would management during these meetings,
22   would they provide any advice or guidelines or
23   recommendations to its employees about how to prevent
24   more shrinkage or loss of product?
25        A.   Yes, they give advice.
                    GILBERT & JONES

                                          40
 1        Q.   What kind of advice would they give?
 2        A.   So, for example, make sure before you
 3   throw away something, just scan it out so that is
 4   less shrink and less theft. That's one of the
 5   examples.
 6              The other one is because we donate some
 7   food for the company and just make sure you punch it
 8   to the donation, not for theft or stealing stuff.
 9        Q.   Would they ever address trying to identify
10   actual thefts in action or anything like that, where
11   a customer was coming in, for example, you know,
12   putting a couple of cans of kidney beans in their
13   pocketbook or something like that?
14        A.   No. No.
15        Q.   You said sometimes these meetings would
16   take place in the back. What is in the back of
17   Kroger?
18        A.   The back of Kroger means like the
19   receiving.
20        Q.   Where the trucks pull up?
21        A.   Where the truck is coming and this area is
22   restricted for the customers. It's just employees.
23        Q.   Got you.
24        A.   So that is actually a part of safety. So
25   if you see somebody which is not with The Kroger and
                    GILBERT & JONES

                                          41
 1   it doesn't look like Kroger employee, you can ask
 2   them what are you doing here, are you a customer, are
 3   you lost.
 4              Because we used to have some -- I
 5   definitely have some customers like that. They
 6   looking for the restroom and they just go over the
 7   wrong door. So that means the back area.
 8        Q.   The back area, does it have like freezers
 9   and refrigerators in there?
10        A.   Sure. Yes.
11        Q.   And when trucks would deliver additional
12   food, would it first go to the back?
13        A.   Yes.
14        Q.   And then from there employees could take
15   some of that product and put it back on the shelves
16   and things like that?
17        A.   Yes.
18        Q.   Were there offices back there at all?
19        A.   No, we don't have offices.
20        Q.   Where is the employee safe or the Kroger
21   safe at Berwick located?
22        A.   A safe?
23        Q.   Yes. Do you know was there a safe?
24        A.   For the money?
25        Q.   Yes, for the money.
                    GILBERT & JONES

                                          42
 1        A.   I don't know.
 2        Q.   So you've never seen a safe?
 3        A.   I've never seen the safe. I saw the bank
 4   truck which is coming, and I guess it's behind the
 5   customer service. We have a small room but I've
 6   never been there so I'm not sure.
 7        Q.   It's a small room behind customer service?
 8        A.   Yes, but I've never been there so I'm not
 9   sure.
10        Q.   Is it locked?
11        A.   It's locked all the time.
12        Q.   How do you get access to that; do you
13   know?
14        A.   I don't know. That's not my business.
15        Q.   The manager, have you ever seen him access
16   it?
17        A.   Yes. They go in there.
18        Q.   You don't know what's in there though,
19   right?
20        A.   I don't know what is in there. Right now
21   they have a machine which is a special machine,
22   collect all the money and count the money for the
23   cash register for cashiers but after that I don't
24   know where does the money go.
25        Q.   And you couldn't just open that door,
                    GILBERT & JONES
```

**Page 67**

1  A. Yes.
2  Q. So they separate each other; is that
3  right?
4  A. That's right.
5  Q. You tell me if I'm wrong in any of this.
6  So while you're in the women's locker room, you hear
7  pounding; is that correct?
8  A. Yes.
9       MS. O'HEARN: Object to the form.
10 Q. (By Mr. Shipley) What did you hear? Tell
11 me that.
12 A. So I hear some -- her voice is begging for
13 help. She said help, help me, get off of me. That's
14 what I heard. And I said, oh, something happened,
15 somebody is in trouble.
16 Q. Okay.
17 A. I was in panic. I didn't know what to do
18 and followed the Kroger instruction with this. So I
19 run out and I go grab Malanna because I saw her.
20 That is my first reaction.
21      And she called Mr. Edwards who was up
22 front of the store too. So he came after her. So
23 the three of us go to them. Me and Malanna, we go
24 inside in the women's bathroom, and Mr. Edwards was
25 outside.

**Page 68**

1  Q. And that's what we just watched on the
2  video?
3  A. Yes.
4  Q. Is when you and Malanna went in there?
5  A. Because if you captured that before, I go
6  out from my shift and I go check my -- I didn't check
7  out my lunch box but I go to the restroom and that is
8  happening and I didn't see the person who is inside
9  in the restroom. I just saw --
10 Q. The first time you were in there?
11 A. The first time. I just saw the woman's
12 flip-flops. Because it was only me in the restroom.
13 Q. Where were her flip-flops? Just under the
14 stall or were they out?
15 A. What?
16 Q. Were they within a closed stall or were
17 they on the floor outside of the stall?
18      MS. O'HEARN: He's asking when did you see
19      the flip-flops?
20      THE WITNESS: I saw the flip-flops because
21      you can see who is walking. Because I using the
22      first room. And you know how they have like an
23      open area from the bottom and you can see who is
24      passing by.
25 Q. (By Mr. Shipley) Was she within the stall

**Page 69**

1  at that time, Ms. Enzor, in her flip-flops?
2  A. Yes.
3  Q. Okay.
4  A. She just passed by and she using the last
5  door. That's what I heard. I'm not sure because I
6  really don't see but I hear. Her door was locked.
7  I'm not sure.
8  Q. Was it the handicapped stall?
9  A. Yes.
10 Q. Is that the last stall?
11 A. The last one.
12 Q. The larger stall?
13 A. The largest.
14 Q. When you went in that first time, was that
15 larger stall door closed?
16 A. The door was open but nobody was in the
17 restroom when I was in there. It was only me.
18 Q. Only you?
19 A. Yeah, and we have two more rooms and the
20 handicap room.
21 Q. Do you believe the first time you went in
22 there the assailant, the kidnapper and rapist, was
23 also in the bathroom during the first time?
24 A. Nobody was inside. Nobody was inside.
25 Q. No one was in there the first time?

**Page 70**

1  A. No one.
2  Q. So you think he came in after you?
3  A. Yes.
4  Q. But you remember the first time you went
5  in you did see flip-flops; is that right?
6  A. Yes.
7  Q. Do you know if that was Ms. Enzor or it
8  could have been someone else?
9  A. I don't know if that's her but that's the
10 only woman who was --
11 Q. During that first visit to the restroom,
12 nothing seemed out of the ordinary to you; is that
13 correct?
14 A. Correct.
15 Q. So you left and went to the locker room?
16 A. Yeah, I just left the restroom and I went
17 to the locker and I hear the voice and she was
18 screaming, like begging and screaming and fighting
19 with him.
20 Q. Could you make out the conversations or
21 anything like that?
22 A. No.
23 Q. In your mind you knew something wasn't
24 right?
25 A. That's right.

**71**

1  Q. You said you went and got Malanna?
2  A. Malanna.
3  Q. Did y'all at that time notify the manager
4  as well?
5  A. Yes, she just called Mr. Edwards.
6  Q. On a radio?
7  A. No. Because he was up front bagging and I
8  called her and I told her can you come with me
9  because somebody is begging for help. And she called
10 him and he came with us.
11 Q. I got you. So he never entered the
12 restroom. The assailant had already run out, right?
13 A. Yes.
14 Q. After that did you see the assailant run
15 through the store at all or did he disappear?
16 A. I barely remember -- I didn't see him
17 running out the store. Right now because it's been a
18 long time ago and my memory is not that fresh and
19 strong, but I just remember he just was sweating and
20 he was just running behind my shoulder and I
21 remember -- that's what I remember.
22     I barely remember he was running. In my
23 memory I remember he was running with a close but I
24 saw on the video he was running around the store.
25 Q. That's the last you saw of him?

GILBERT & JONES

**72**

1  A. Yes.
2  Q. Was it your understanding that somebody
3  ran out The Kroger and apprehended him?
4  A. Yes.
5  Q. Following this incident, were there any
6  kind of meetings that the managers had there with the
7  employees?
8  A. I don't know.
9  Q. You don't remember?
10 A. After the accident happened, I spoke with
11 my manager, the store manager too, but if they talked
12 with the employees, I don't know.
13 Q. You had a discussion with the store
14 manager?
15 A. Yes.
16 Q. What was that about?
17 A. Because everybody was in shock, the whole
18 store, because the cashiers, they also saw him and a
19 lot of customers running after him.
20     I tried to run but I was freezing at this
21 time and I tried to run but I can't control myself.
22 I tried to run and I can't. I was -- I don't know.
23 Very stressed.
24     We just discussed what happened and my
25 manager said that can happen everywhere, just, you

GILBERT & JONES

**73**

1  know -- he doesn't -- because I was wondering if he
2  knew her or not. He told me he doesn't know her.
3  Q. Okay.
4  A. And I never seen -- he asked me if I'd
5  seen him before. I never seen him before. And some
6  questions about store safety and he told me I did a
7  great job, tried to help her and I did the best what
8  I can.
9  Q. Have you ever since that incident
10 expressed to your manager or any other management
11 personnel at Kroger about your reticence or your
12 desire not to use that restroom?
13     MS. O'HEARN: You mean after the fact?
14     MR. SHIPLEY: After the fact.
15     THE WITNESS: After the fact? I didn't
16 discuss that. I guess Malanna did the same
17 thing. Frequently -- if she's working up front
18 and I frequently see her, she's using the back
19 room.
20 Q. (By Mr. Shipley) Have you ever made any
21 suggestions that you believe could make that public
22 restroom where the incident happened safer?
23     MS. O'HEARN: Object to the form. You can
24 answer.
25     THE WITNESS: So we discussed that with

GILBERT & JONES

**74**

1  Ms. Malanna so they can make it safer and we
2  discussed this with Mr. -- not with Mr. Edwards,
3  with the other manager, with Marcus when he
4  become the manager.
5      So we tell him to put some camera on that
6  corner which is on the corner by the lockers.
7  So they can put the camera because I personally
8  don't feel safe in this area.
9      That's what we discussed, but they say
10 they can't put the camera because this is a
11 public restroom and it's -- I don't know.
12 Q. (By Mr. Shipley) They don't want to put a
13 camera in a public restroom? And, again, you
14 personally don't feel safe within the locker room or
15 that restroom?
16 A. I don't feel safe in this area period.
17 Q. Why, again, is that, that you do not feel
18 safe in that area?
19 A. I don't know. Because probably the
20 accident. And I really hate they put the locker
21 again on this wall which remind me over and over
22 again what happened and I try to erase that with my
23 memory but it looks like I can't. I'm going to live
24 with that.
25 Q. Do you feel like the restroom is in an

GILBERT & JONES