# EXHIBIT F

**Death Certificate of Ka'la Monet Enzor**

# GEORGIA DEATH CERTIFICATE

State File Number: **2021GA000063927**

| # | Field | Value |
|---|---|---|
| 1 | DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | KA'LA MONE'T ENZOR |
| 1a | IF FEMALE, ENTER LAST NAME AT BIRTH | ENZOR |
| 2 | SEX | FEMALE |
| 2a | DATE OF DEATH (Mo., Day, Year) | ACTUAL DATE OF DEATH 08/06/2021 |
| 3 | SOCIAL SECURITY NUMBER | 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 |
| 4a | AGE (Years) | 26 |
| 4b | UNDER 1 YEAR (Mos., Days) | |
| 4c | UNDER 1 DAY (Hours, Mins.) | |
| 5 | DATE OF BIRTH (Mo., Day, Year) | 07/06/1995 |
| 6 | BIRTHPLACE | GEORGIA |
| 7a | RESIDENCE - STATE | GEORGIA |
| 7b | COUNTY | CHATHAM |
| 7c | CITY, TOWN | SAVANNAH |
| 7d | STREET AND NUMBER | 653 LITTLE NECK ROAD APT 1504 |
| 7e | ZIP CODE | 31419 |
| 7f | INSIDE CITY LIMITS? | NO |
| 8 | ARMED FORCES? | NO |
| 8a | USUAL OCCUPATION | BARBER APPRENTICE |
| 8b | KIND OF INDUSTRY OR BUSINESS | BEAUTY AND BARBER |
| 9 | MARITAL STATUS | NEVER MARRIED |
| 10 | SPOUSE NAME | |
| 11 | FATHER'S FULL NAME (First, Middle, Last) | CHARLIE ENZOR |
| 12 | MOTHER'S MAIDEN NAME (First, Middle, Last) | CAROLYN HUNTLEY |
| 13a | INFORMANT'S NAME (First, Middle, Last) | SHELENA DAVIS |
| 13b | RELATIONSHIP TO DECEDENT | SISTER |
| 13c | MAILING ADDRESS | 653 LITTLE NECK ROAD APT 3306 SAVANNAH GEORGIA 31419 |
| 14 | DECEDENT'S EDUCATION | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 15 | ORIGIN OF DECEDENT (Spanish/Hispanic/Latino) | NO, NOT SPANISH/HISPANIC/LATINO |
| 16 | DECEDENT'S RACE | BLACK OR AFRICAN-AMERICAN |
| 17a | IF DEATH OCCURRED IN HOSPITAL | EMERGENCY ROOM/OUTPATIENT |
| 17b | IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify) | |
| 18 | HOSPITAL OR OTHER INSTITUTION NAME | ST JOSEPHS HOSPITAL |
| 19 | CITY, TOWN or LOCATION OF DEATH | SAVANNAH |
| 20 | COUNTY OF DEATH | CHATHAM |
| 21 | METHOD OF DISPOSITION | BURIAL |
| 22 | PLACE OF DISPOSITION | TALLAHASSEE MEMORY GARDEN 4037 N MONROE STREET TALLAHASSEE FLORIDA 32303 |
| 23 | DISPOSITION DATE (Mo., Day, Year) | 08/21/2021 |
| 24a | EMBALMER'S NAME | CHAD J FLOWERS |
| 24b | EMBALMER LICENSE NO. | 5054 |
| 25 | FUNERAL HOME NAME | SYLVANIA FH OF SAVANNAH |
| 25a | FUNERAL HOME ADDRESS | 102 OWENS INDUSTRIAL BLVD SAVANNAH GEORGIA 31415 |
| 26a | SIGNATURE OF FUNERAL DIRECTOR | CHAD JAYLAN FLOWERS |
| 26b | FUN. DIR. LICENSE NO | 5456 |
| | AMENDMENTS | |
| 27 | DATE PRONOUNCED DEAD | 08/06/2021 |
| 28 | HOUR PRONOUNCED DEAD | 05:01 AM |
| 29a | PRONOUNCER'S NAME | JOSHUA BARKER |
| 29b | LICENSE NUMBER | 084149 |
| 29c | DATE SIGNED | 08/06/2021 |
| 30 | TIME OF DEATH | 05:01 AM |
| 31 | WAS CASE REFERRED TO MEDICAL EXAMINER | YES |

**32. Part I.** Enter the chain of events-diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, Or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Approximate interval between onset and death |
|---|---|---|
| A. IMMEDIATE CAUSE (Final disease or condition resulting in death) | SEIZURE DISORDER | UNKNOWN |
| B. Due to, or as a consequence of | CHRONIC ETHANOLISM | YEARS |
| C. Due to, or as a consequence of | | |
| D. Due to, or as a consequence of | | |

**Part II.** Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.

FATTY LIVER

| # | Field | Value |
|---|---|---|
| 33 | WAS AUTOPSY PERFORMED? | YES |
| 34 | WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | YES |
| 35 | TOBACCO USE CONTRIBUTED TO DEATH | NO |
| 36 | IF FEMALE (range 10-54) PREGNANT | UNKNOWN IF PREGNANT WITHIN THE PAST YEAR |
| 37 | ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED | NATURAL |
| 38 | DATE OF INJURY | |
| 39 | TIME OF INJURY | |
| 40 | PLACE OF INJURY | |
| 41 | INJURY AT WORK? | |
| 42 | LOCATION OF INJURY | |
| 43 | DESCRIBE HOW INJURY OCCURRED | |
| 44 | IF TRANSPORTATION INJURY | |

45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Certifier (Name, Title, License No.)

46. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. Medical Examiner/Coroner (Name, Title, License No.)

/S/ DAVID L. CAMPBELL  CORONER 9403717

| # | Field | Value |
|---|---|---|
| 45a | DATE SIGNED | |
| 45b | HOUR OF DEATH | |
| 46a | DATE SIGNED | 08/23/2021 |
| 46b | HOUR OF DEATH | 05:01 AM |

47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH

DAVID L. CAMPBELL  602 E 67TH STREET SAVANNAH GEORGIA 31405

48. REGISTRAR (Signature): /S/ CHRISTOPHER JP HARRISON

49. DATE FILED - REGISTRAR: 08/25/2021

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF PUBLIC HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA AND 511-1-3 DPH RULES AND REGULATIONS

Gwendolyn Duffin

DEPUTY STATE REGISTRAR AND CUSTODIAN
GEORGIA STATE OFFICE OF VITAL RECORDS

COUNTY CUSTODIAN: Crystal Hall

ISSUED BY: Crystal Hall

DATE ISSUED: AUG 2 5 2021

Any reproduction of this document is prohibited by statute. Do not accept unless embossed with a raised seal

**VOID IF ALTERED OR COPIED**