# EXHIBIT K

**SAGIS Map & Property Record Card (Berwick Kroger)**

Property Boundaries (Parcels):5720 OGEECHEE RD
Property Address: 5720 OGEECHEE RD
PRC Link: Print Property Record Card ⇢
Parcel ID (PIN): 11008 02066
Navigation: View Directions ⇢
Owner Name: KROGER CO
Estimated Zoning: PUD-C – Planned Unit Development Comm
Estimated Floodzone: X_500, X
Calculated Acreage: 8.77
Local Historic District: N/A
Aldermanic District: N/A
County Commission District: 7
Elementary School: Gould Elementary School
Middle School: West Chatham Middle School
Zoom to
67
(2C)
3.56 AC
66
(2B)
8.78 AC
68
(2D-B)
1.25 AC
69
(COMMON 1)
.99 AC
70
(A)
4.65 AC
65
(B)
3.65 AC
Stonelake Cir
STONELAKE CIRCL
Reese Way
Berwick Blvd
Berwick Blvd
-81.224 32.026 Degrees
0 100 200ft
....... Reload the map where I left off .......
CLICK HERE to reload previous map location !

