# EXHIBIT M

Berwick Kroger LPMS Printout

| CaseNo | IncidentDate | SuspectFullName | ActionTaken | TotalStolen | CaseType |
|---|---|---|---|---|---|
| 011-00645-16-SHOP-255 | 5/5/2016 19:00 | | Released-Adult | 25.98 | Shoplifting |
| 011-00645-16-SHOP-256 | 5/11/2016 15:00 | | Suspect Flee | 45.1 | Shoplifting |
| 011-00645-16-SHOP-257 | 5/11/2016 17:50 | | Suspect Flee | 87.23 | Shoplifting |
| 011-00645-16-SHOP-258 | 5/19/2016 17:20 | | Arrested | 30.46 | Shoplifting |
| 011-00645-16-SHOP-259 | 5/28/2016 13:15 | | Arrested | 80.09 | Shoplifting |
| 011-00645-16-SHOP-260 | 6/3/2016 15:00 | | Suspect Flee | 9.99 | Shoplifting |
| 011-00645-16-SHOP-261 | 6/3/2016 18:00 | | Arrested | 42.98 | Shoplifting |
| 011-00645-16-SHOP-262 | 6/4/2016 13:00 | | Arrested | 51.44 | Shoplifting |
| 011-00645-16-DODE-146 | 6/5/2016 21:00 | | Information Only | 69.07 | Documented Deterrence |
| 011-00645-16-SHOP-263 | 6/21/2016 20:15 | | Released-Adult | 7.98 | Shoplifting |
| 011-00645-16-SHOP-264 | 6/25/2016 16:00 | | Arrested | 35.62 | Shoplifting |
| 011-00645-16-SHOP-265 | 7/2/2016 14:30 | | Released-Adult | 13.99 | Shoplifting |
| 011-00645-16-ELEQ-5 | 7/14/2016 12:00 | | Information Only | 800 | Electronic Equipment (RF Handheld, Laptop) |
| 011-00645-16-SHOP-266 | 8/1/2016 17:10 | | Arrested | 33.31 | Shoplifting |
| 011-00645-16-DODE-147 | 8/10/2016 17:45 | | Information Only | 462.83 | Documented Deterrence |
| 011-00645-16-SHOP-267 | 8/10/2016 18:00 | | Suspect Flee | 309.08 | Shoplifting |
| 011-00645-16-SHOP-269 | 8/18/2016 17:10 | | Arrested | 443.22 | Shoplifting |
| 011-00645-16-SHOP-270 | 8/19/2016 16:35 | | Released-Adult | 91.86 | Shoplifting |
| 011-00645-16-SHOP-268 | 8/19/2016 17:10 | | Suspect Flee | 443.22 | Shoplifting |
| 011-00645-16-SHOP-271 | 8/20/2016 15:59 | | Arrested | 546.82 | Shoplifting |
| 011-00645-16-SHOP-272 | 8/29/2016 20:55 | | Information Only | 718.22 | Shoplifting |
| 011-00645-16-SHOP-276 | 8/29/2016 20:55 | | Information Only | 0 | Shoplifting |
| 011-00645-16-SHOP-273 | 8/29/2016 22:40 | | Information Only | 135.73 | Shoplifting |
| 011-00645-16-SHOP-274 | 9/8/2016 16:00 | | Arrested | 22.98 | Shoplifting |
| 011-00645-16-SHOP-275 | 9/9/2016 15:05 | | Suspect Flee | 20.94 | Shoplifting |
| 011-00645-16-SHOP-277 | 9/11/2016 14:35 | | Arrested | 115.96 | Shoplifting |
| 011-00645-16-SHOP-278 | 9/19/2016 16:14 | | | 0 | Shoplifting |
| 011-00645-16-SHOP-279 | 9/20/2016 18:15 | | Suspect Flee | 13.99 | Shoplifting |
| 011-00645-16-SHOP-280 | 9/20/2016 18:49 | | Suspect Flee | 8.99 | Shoplifting |
| 011-00645-16-SHOP-281 | 9/22/2016 16:45 | | Arrested | 48.75 | Shoplifting |
| 011-00645-16-SHOP-282 | 9/22/2016 21:00 | | Suspect Flee | 49.95 | Shoplifting |
| 011-00645-16-SHOP-283 | 9/24/2016 19:45 | | Arrested | 4.99 | Shoplifting |
| 011-00645-16-SHOP-284 | 9/27/2016 16:25 | | Arrested | 116.29 | Shoplifting |

| Case Number | Date/Time | | Disposition | Amount | Type |
|---|---|---|---|---|---|
| 011-00645-16-SHOP-285 | 10/1/2016 |  | Released-Adult | 13.49 | Shoplifting |
| 011-00645-16-TRES-1 | 10/5/2016 15:00 | | Final Warning | 0 | Trespass |
| 011-00645-16-SHOP-286 | 10/24/2016 19:24 | | Arrested | 134.85 | Shoplifting |
| 011-00645-16-SHOP-287 | 10/25/2016 19:00 | | Arrested | 89.38 | Shoplifting |
| 011-00645-16-SHOP-288 | 11/21/2016 17:25 | | Suspect Flee | 224.75 | Shoplifting |
| 011-00645-16-SHOP-289 | 12/7/2016 16:45 | | Arrested | 82.08 | Shoplifting |
| 011-00645-16-SHOP-290 | 12/28/2016 17:00 | | Released-Adult | 52 | Shoplifting |
| 011-00645-17-SHOP-291 | 1/11/2017 16:45 | | Released-Adult | 20.91 | Shoplifting |
| 011-00645-17-SHOP-292 | 1/19/2017 21:30 | | Suspended Pending | 10.98 | Shoplifting |
| 011-00645-17-DODE-148 | 1/22/2017 13:13 | | Information Only | 43.97 | Documented Deterrence |
| 011-00645-17-SHOP-293 | 2/2/2017 16:15 | | Suspect Flee | 11.98 | Shoplifting |
| 011-00645-17-SHOP-294 | 2/2/2017 17:45 | | Released-Adult | 29.77 | Shoplifting |
| 011-00645-17-SHOP-295 | 2/9/2017 14:30 | | Suspect Flee | 337.86 | Shoplifting |
| 011-00645-17-SHOP-296 | 2/17/2017 16:30 | | Released-Adult | 75.9 | Shoplifting |
| 011-00645-17-SHOP-297 | 3/7/2017 17:45 | | Released-Adult | 150.49 | Shoplifting |
| 011-00645-17-SHOP-298 | 3/14/2017 17:30 | | Information Only | 458.16 | Shoplifting |
| 011-00645-17-SHOP-299 | 3/26/2017 17:45 | | Information Only | 325.77 | Shoplifting |
| 011-00645-17-SHOP-300 | 4/1/2017 0:18 | | Information Only | 139.86 | Shoplifting |
| 011-00645-17-SHOP-302 | 4/1/2017 17:45 | | Information Only | 249.75 | Shoplifting |
| 011-00645-17-SHOP-301 | 4/3/2017 15:45 | | Released-Adult | 101.02 | Shoplifting |
| 011-00645-17-SHOP-303 | 4/4/2017 15:00 | | Information Only | 249.75 | Shoplifting |
| 011-00645-17-DODE-149 | 4/5/2017 12:15 | | Information Only | 5.99 | Documented Deterrence |
| 011-00645-17-DODE-150 | 4/7/2017 11:15 | | Information Only | 299.7 | Documented Deterrence |
| 011-00645-17-SHOP-304 | 4/14/2017 17:58 | | Arrested | 661.3 | Shoplifting |
| 011-00645-17-SHOP-305 | 4/17/2017 11:40 | | Suspect Flee | 390.16 | Shoplifting |
| 011-00645-17-SHOP-306 | 4/17/2017 11:40 | | Suspect Flee | 390.16 | Shoplifting |
| 011-00645-17-SHOP-307 | 4/26/2017 2:55 | | Information Only | 669.97 | Shoplifting |
| 011-00645-17-SHOP-308 | 5/3/2017 20:00 | | Information Only | 369.63 | Shoplifting |
| 011-00645-17-SHOP-310 | 5/8/2017 19:00 | | Information Only | 300 | Shoplifting |
| 011-00645-17-SHOP-312 | 5/8/2017 21:20 | | Information Only | 100 | Shoplifting |
| 011-00645-17-SHOP-311 | 5/9/2017 12:20 | | Suspect Flee | 250 | Shoplifting |
| 011-00645-17-SHOP-309 | 5/11/2017 4:45 | | Suspect Flee | 86.97 | Shoplifting |
| 011-00645-17-SHOP-313 | 6/12/2017 | | | 0 | Shoplifting |
| 011-00645-17-SHOP-314 | 6/12/2017 | | | 0 | Shoplifting |

| Case ID | Date/Time | Disposition | Amount | Type |
|---|---|---|---|---|
| 011-00645-17-SHOP-315 | 6/12/2017 | | 0 | Shoplifting |
| 011-00645-17-SHOP-316 | 6/12/2017 8:20 | Suspect Flee | 822.52 | Shoplifting |
| 011-00645-17-SHOP-317 | 8/24/2017 15:20 | Released-Adult | 23.98 | Shoplifting |
| 011-00645-17-DODE-151 | 10/18/2017 15:30 | Suspect Flee | 5.99 | Documented Deterrence |
| 011-00645-17-SHOP-318 | 10/18/2017 23:30 | Released-Adult | 5.19 | Shoplifting |
| 011-00645-17-SHOP-320 | 11/12/2017 11:15 | Suspect Flee | 264.16 | Shoplifting |
| 011-00645-17-SHOP-319 | 11/12/2017 12:00 | Suspect Flee | 16.99 | Shoplifting |
| 011-00645-17-SHOP-321 | 11/13/2017 15:00 | Arrested | 121.21 | Shoplifting |
| 011-00645-17-SHOP-324 | 11/19/2017 13:30 | Suspect Flee | 284.89 | Shoplifting |
| 011-00645-17-SHOP-322 | 11/24/2017 14:00 | | 335.44 | Shoplifting |
| 011-00645-17-SHOP-323 | 12/3/2017 13:15 | Suspect Flee | 107.56 | Shoplifting |
| 011-00645-17-DODE-153 | 12/9/2017 17:15 | Suspect Flee | 334.4 | Documented Deterrence |
| 011-00645-17-SHOP-325 | 12/14/2017 17:55 | Suspect Flee | 75.52 | Shoplifting |
| 011-00645-18-SHOP-326 | 1/5/2018 21:45 | | 0 | Shoplifting |
| 011-00645-18-SHOP-327 | 3/11/2018 16:36 | Suspect Flee | 429.99 | Shoplifting |
| 011-00645-18-SHOP-328 | 3/24/2018 | | 415.04 | Shoplifting |
| 011-00645-18-SHOP-329 | 3/24/2018 | | 0 | Shoplifting |
| 011-00645-18-SHOP-330 | 3/24/2018 | | 0 | Shoplifting |
| 011-00645-18-SHOP-331 | 4/2/2018 13:45 | Suspect Flee | 886.29 | Shoplifting |
| 011-00645-18-SHOP-332 | 4/8/2018 16:15 | Arrested | 46.45 | Shoplifting |
| 011-00645-18-DODE-156 | 4/26/2018 21:42 | Information Only | 688.4 | Documented Deterrence |
| 011-00645-18-DODE-157 | 4/26/2018 21:42 | Information Only | 688.4 | Documented Deterrence |
| 011-00645-18-SHOP-333 | 4/29/2018 12:57 | Arrested | 22.37 | Shoplifting |
| 011-00645-18-SHOP-335 | 4/29/2018 12:57 | Suspect Flee | 22.37 | Shoplifting |
| 011-00645-18-DODE-154 | 4/29/2018 14:52 | | 3.49 | Documented Deterrence |
| 011-00645-18-DODE-155 | 4/29/2018 14:52 | | 3.49 | Documented Deterrence |
| 011-00645-18-DODE-158 | 4/30/2018 17:05 | Suspect Flee | 302.89 | Documented Deterrence |
| 011-00645-18-SHOP-334 | 5/7/2018 15:30 | Suspect Flee | 12.99 | Shoplifting |
| 011-00645-18-DISO-5 | 5/7/2018 16:00 | | 14.99 | Disorderly Conduct |
| 011-00645-18-SHOP-336 | 5/14/2018 15:00 | Information Only | 113.83 | Shoplifting |
| 011-00645-18-DODE-159 | 5/14/2018 17:45 | Released-To Parent | 2 | Documented Deterrence |
| 011-00645-18-DOLS-2 | 5/25/2018 12:59 | Information Only | 55.22 | Documented Loss |
| 011-00645-18-SHOP-338 | 5/25/2018 14:15 | Suspect Flee | 8.99 | Shoplifting |
| 011-00645-18-SHOP-339 | 5/27/2018 12:45 | Released-To Parent | 3.29 | Shoplifting |

| ID | Date/Time | Disposition | Amount | Category |
|---|---|---|---|---|
| 011-00645-18-SHOP-337 | 5/27/2018 13:00 | Information Only | 78.5 | Shoplifting |
| 011-00645-18-SHOP-340 | 5/27/2018 16:30 | Information Only | 34.94 | Shoplifting |
| 011-00645-18-ELEQ-6 | 5/31/2018 12:03 | Information Only | 800 | Electronic Equipment (RF Handheld, Laptop) |
| 011-00645-18-ELEQ-7 | 5/31/2018 12:06 | Information Only | 800 | Electronic Equipment (RF Handheld, Laptop) |
| 011-00645-18-ELEQ-8 | 5/31/2018 12:10 | Information Only | 800 | Electronic Equipment (RF Handheld, Laptop) |
| 011-00645-18-ELEQ-9 | 5/31/2018 12:12 | Information Only | 800 | Electronic Equipment (RF Handheld, Laptop) |
| 011-00645-18-SHOP-341 | 6/1/2018 11:55 | Information Only | 108.73 | Shoplifting |
| 011-00645-18-SHOP-342 | 6/1/2018 14:15 | Released-To Parent | 3.19 | Shoplifting |
| 011-00645-18-DOLS-3 | 6/1/2018 17:42 | Information Only | 61.45 | Documented Loss |
| 011-00645-18-SHOP-343 | 6/2/2018 14:50 | Suspect Flee | 39.98 | Shoplifting |
| 011-00645-18-DODE-160 | 6/2/2018 16:19 | Released-Adult | 17.59 | Documented Deterrence |
| 011-00645-18-SHOP-344 | 6/2/2018 17:58 | Arrested | 29.98 | Shoplifting |
| 011-00645-18-SHOP-345 | 6/6/2018 14:30 | Information Only | 85.53 | Shoplifting |
| 011-00645-18-DODE-161 | 6/6/2018 15:10 | Suspect Flee | 145.74 | Documented Deterrence |
| 011-00645-18-SHOP-346 | 6/9/2018 | Suspect Flee | 429.99 | Shoplifting |
| 011-00645-18-SHOP-348 | 6/9/2018 | Arrested | 35.87 | Shoplifting |
| 011-00645-18-SHOP-347 | 6/9/2018 1:00 | Suspect Flee | 435.33 | Shoplifting |
| 011-00645-18-DOLS-4 | 6/21/2018 10:00 | Information Only | 87.81 | Documented Loss |
| 011-00645-18-DOLS-5 | 6/27/2018 16:14 | Information Only | 96.03 | Documented Loss |
| 011-00645-18-SHOP-349 | 6/28/2018 18:40 | Released-Adult | 37.76 | Shoplifting |
| 011-00645-18-DODE-162 | 6/30/2018 15:15 | | 4.99 | Documented Deterrence |
| 011-00645-18-SHOP-350 | 6/30/2018 19:50 | Suspect Flee | 1.79 | Shoplifting |
| 011-00645-18-SHOP-351 | 6/30/2018 19:50 | Suspect Flee | 7.74 | Shoplifting |
| 011-00645-18-SHOP-352 | 7/2/2018 13:27 | Information Only | 100.94 | Shoplifting |
| 011-00645-18-SHOP-353 | 7/8/2018 16:25 | Information Only | 33.98 | Shoplifting |
| 011-00645-18-SHOP-354 | 7/13/2018 16:30 | Suspect Flee | 59.99 | Shoplifting |
| 011-00645-18-DOLS-6 | 7/13/2018 17:46 | Information Only | 32.08 | Documented Loss |
| 011-00645-18-SHOP-355 | 7/13/2018 19:00 | Suspect Flee | 5.67 | Shoplifting |
| 011-00645-18-SHOP-356 | 7/14/2018 15:50 | Suspect Flee | 234.17 | Shoplifting |
| 011-00645-18-SHOP-357 | 7/14/2018 17:30 | Suspect Flee | 258.41 | Shoplifting |
| 011-00645-18-SHOP-358 | 7/14/2018 17:30 | Suspect Flee | 0 | Shoplifting |
| 011-00645-18-SHOP-359 | 7/14/2018 17:30 | Suspect Flee | 92 | Shoplifting |
| 011-00645-18-OTHE-6 | 7/14/2018 19:50 | Suspect Flee | 0 | Other (External) |
| 011-00645-18-SHOP-360 | 7/19/2018 16:30 | Released-Adult | 12.46 | Shoplifting |

| Case ID | Date/Time | | Disposition | Amount | Type |
|---|---|---|---|---|---|
| 011-00645-18-DOLS-7 | 7/19/2018 17:20 | | Information Only | 54.96 | Documented Loss |
| 011-00645-18-DOLS-8 | 7/21/2018 16:13 | | Information Only | 73.97 | Documented Loss |
| 011-00645-18-SHOP-361 | 7/22/2018 15:00 | | Information Only | 20.88 | Shoplifting |
| 011-00645-18-SHOP-364 | 7/22/2018 20:30 | | Suspect Flee | 89.31 | Shoplifting |
| 011-00645-18-SHOP-362 | 7/27/2018 14:40 | | Suspect Flee | 95.98 | Shoplifting |
| 011-00645-18-SHOP-363 | 7/27/2018 14:40 | | Suspect Flee | 43.98 | Shoplifting |
| 011-00645-18-SHOP-365 | 7/27/2018 21:25 | | Information Only | 132.72 | Shoplifting |
| 011-00645-18-SHOP-366 | 7/27/2018 21:25 | | Information Only | 111.95 | Shoplifting |
| 011-00645-18-SHOP-367 | 7/28/2018 18:09 | | Arrested | 73.96 | Shoplifting |
| 011-00645-18-SHOP-368 | 7/31/2018 12:42 | | Suspect Flee | 1.99 | Shoplifting |
| 011-00645-18-DOLS-9 | 7/31/2018 13:20 | | Information Only | 48.53 | Documented Loss |
| 011-00645-18-SHOP-369 | 8/4/2018 22:15 | | Suspect Flee | 36.53 | Shoplifting |
| 011-00645-18-DISO-6 | 8/5/2018 14:00 | | Citation | 0 | Disorderly Conduct |
| 011-00645-18-SHOP-370 | 8/11/2018 14:40 | | Released-Adult | 5.99 | Shoplifting |
| 011-00645-18-DODE-163 | 8/21/2018 9:00 | | Suspect Flee | 1 | Documented Deterrence |
| 011-00645-18-SHOP-371 | 8/21/2018 10:00 | | Information Only | 563.95 | Shoplifting |
| 011-00645-18-SHOP-372 | 8/28/2018 17:30 | | Information Only | 59.67 | Shoplifting |
| 011-00645-18-DODE-164 | 9/1/2018 14:45 | | | 8.99 | Documented Deterrence |
| 011-00645-18-DOLS-10 | 9/5/2018 12:30 | | Information Only | 19.85 | Documented Loss |
| 011-00645-18-SHOP-373 | 9/12/2018 13:40 | | Suspect Flee | 28.79 | Shoplifting |
| 011-00645-18-SHOP-374 | 9/12/2018 14:30 | | Released-Adult | 1.59 | Shoplifting |
| 011-00645-18-DOLS-11 | 9/12/2018 17:23 | | Information Only | 88.24 | Documented Loss |
| 011-00645-18-SHOP-375 | 9/27/2018 17:06 | | Suspect Flee | 13.99 | Shoplifting |
| 011-00645-18-DOLS-12 | 9/27/2018 17:23 | | Information Only | 5.08 | Documented Loss |
| 011-00645-18-DOLS-13 | 10/4/2018 15:02 | | Information Only | 32.97 | Documented Loss |
| 011-00645-18-SHOP-376 | 10/12/2018 19:58 | | Arrested | 8.99 | Shoplifting |
| 011-00645-18-DODE-165 | 10/12/2018 20:20 | | | 2.99 | Documented Deterrence |
| 011-00645-18-SHOP-377 | 10/31/2018 12:50 | | Information Only | 58.04 | Shoplifting |
| 011-00645-18-SHOP-378 | 11/11/2018 12:15 | | Information Only | 31.87 | Shoplifting |
| 011-00645-18-SHOP-379 | 11/18/2018 15:20 | | Arrested | 5.08 | Shoplifting |
| 011-00645-18-SHOP-380 | 11/18/2018 15:20 | | Arrested | 5.08 | Shoplifting |
| 011-00645-18-OTHE-7 | 11/19/2018 22:00 | | Information Only | 0 | Other (External) |
| 011-00645-18-SHOP-381 | 12/21/2018 13:30 | | Released-Adult | 9.3 | Shoplifting |
| 011-00645-18-SHOP-382 | 12/21/2018 17:30 | | Suspect Flee | 22.69 | Shoplifting |

| Case ID | Date/Time | Disposition | Amount | Type |
|---|---|---|---|---|
| 011-00645-18-SHOP-383 | 12/23/2018 12:30 | Arrested | 143.02 | Shoplifting |
| 011-00645-19-SHOP-384 | 1/5/2019 13:11 | Arrested | 53.97 | Shoplifting |
| 011-00645-19-SHOP-388 | 1/9/2019 | Information Only | 28.48 | Shoplifting |
| 011-00645-19-SHOP-385 | 1/9/2019 17:28 | Suspect Flee | 1.99 | Shoplifting |
| 011-00645-19-SHOP-386 | 1/9/2019 17:28 | Suspect Flee | 1.99 | Shoplifting |
| 011-00645-19-SHOP-387 | 1/10/2019 | | 0 | Shoplifting |
| 011-00645-19-SHOP-389 | 1/17/2019 13:05 | Arrested | 71.44 | Shoplifting |
| 011-00645-19-SHOP-391 | 1/18/2019 12:45 | Suspect Flee | 57.33 | Shoplifting |
| 011-00645-19-SHOP-392 | 1/18/2019 12:45 | Suspect Flee | 57.33 | Shoplifting |
| 011-00645-19-SHOP-390 | 1/20/2019 12:50 | Information Only | 8.19 | Shoplifting |
| 011-00645-19-SHOP-393 | 1/20/2019 15:30 | Information Only | 9.99 | Shoplifting |
| 011-00645-19-SHOP-395 | 1/21/2019 14:15 | Suspect Flee | 79.96 | Shoplifting |
| 011-00645-19-SHOP-396 | 1/21/2019 14:15 | Suspect Flee | 0 | Shoplifting |
| 011-00645-19-DODE-166 | 1/21/2019 14:45 | | 2.49 | Documented Deterrence |
| 011-00645-19-SHOP-394 | 1/21/2019 15:03 | Arrested | 365.95 | Shoplifting |
| 011-00645-19-SHOP-397 | 2/5/2019 12:12 | Arrested | 121.99 | Shoplifting |
| 011-00645-19-RECO-1 | 2/11/2019 13:46 | Information Only | 0 | RCO - Reasonable Cause Only |
| 011-00645-19-DODE-167 | 2/11/2019 17:07 | Information Only | 43.64 | Documented Deterrence |
| 011-00645-19-SHOP-398 | 2/12/2019 14:44 | Information Only | 77.22 | Shoplifting |
| 011-00645-19-DOLS-16 | 6/20/2019 12:52 | Information Only | 27.35 | Documented Loss |
| 011-00645-19-DODE-168 | 10/25/2019 16:09 | Information Only | 97.13 | Documented Deterrence |
| 011-00645-19-DOLS-17 | 11/13/2019 22:40 | | 0 | Documented Loss |
| 011-00645-19-DODE-169 | 11/17/2019 11:20 | Information Only | 166.08 | Documented Deterrence |
| 011-00645-19-DOLS-19 | 11/20/2019 21:26 | | 0 | Documented Loss |
| 011-00645-19-DOLS-18 | 11/22/2019 11:50 | | 0 | Documented Loss |
| 011-00645-19-SHOP-399 | 12/12/2019 14:10 | Information Only | 159.8 | Shoplifting |
| 011-00645-19-SHOP-400 | 12/12/2019 14:10 | Information Only | 159.84 | Shoplifting |
| 011-00645-19-DODE-170 | 12/17/2019 18:36 | Information Only | 192.76 | Documented Deterrence |
| 011-00645-19-DODE-171 | 12/22/2019 13:50 | Information Only | 110.58 | Documented Deterrence |
| 011-00645-19-SHOP-402 | 12/26/2019 16:00 | Information Only | 156.46 | Shoplifting |
| 011-00645-20-DODE-172 | 12/30/2019 19:32 | | 409.42 | Documented Deterrence |
| 011-00645-20-SHOP-403 | 1/4/2020 22:40 | Arrested | 39.94 | Shoplifting |
| 011-00645-20-SHOP-405 | 1/9/2020 | | 0 | Shoplifting |
| 011-00645-20-HARS-2 | 1/9/2020 11:50 | Information Only | 0 | Harassment |

| Case ID | Date/Time | | Status | Amount | Category |
|---|---|---|---|---|---|
| 011-00645-20-HARS-1 | 1/21/2020 9:51 |  | Information Only | 0 | Harassment |
| 011-00645-20-DODE-173 | 1/23/2020 | | | 471.6 | Documented Deterrence |
| 011-00645-20-DODE-174 | 1/23/2020 | | | 0 | Documented Deterrence |
| 011-00645-20-DOLS-20 | 1/23/2020 13:04 | | | 98.21 | Documented Loss |
| 011-00645-20-DODE-175 | 1/24/2020 14:04 | | Information Only | 289.21 | Documented Deterrence |
| 011-00645-20-DODE-178 | 1/30/2020 6:50 | | Information Only | 53.26 | Documented Deterrence |
| 011-00645-20-DSTFT-1 | 2/4/2020 13:02 | | Information Only | 0 | Distraction Theft |
| 011-00645-20-DODE-177 | 2/5/2020 16:48 | | Information Only | 179.88 | Documented Deterrence |
| 011-00645-20-DODE-176 | 2/7/2020 16:26 | | Information Only | 9.99 | Documented Deterrence |
| 011-00645-20-HARS-3 | 2/10/2020 12:34 | | Information Only | 0 | Harassment |
| 011-00645-20-SHOP-406 | 2/11/2020 11:02 | | Information Only | 75.92 | Shoplifting |
| 011-00645-20-SHOP-407 | 2/11/2020 11:02 | | Information Only | 75.92 | Shoplifting |
| 011-00645-20-SHOP-408 | 2/15/2020 13:55 | | Information Only | 96.44 | Shoplifting |
| 011-00645-20-DODE-179 | 2/21/2020 17:22 | | Information Only | 556.36 | Documented Deterrence |
| 011-00645-20-DODE-180 | 2/23/2020 15:05 | | Information Only | 171.28 | Documented Deterrence |
| 011-00645-20-SHOP-409 | 2/24/2020 10:55 | | Information Only | 230.09 | Shoplifting |
| 011-00645-20-DSTFT-2 | 4/17/2020 13:28 | | | 161.21 | Distraction Theft |
| 011-00645-20-DSTFT-3 | 4/17/2020 13:28 | | | 161.21 | Distraction Theft |
| 011-00645-20-SHOP-410 | 4/17/2020 13:45 | | | 0 | Shoplifting |
| 011-00645-20-SHOP-411 | 4/17/2020 13:52 | | Arrested | 221.31 | Shoplifting |
| 011-00645-20-DODE-181 | 4/20/2020 16:09 | | | 510.57 | Documented Deterrence |
| 011-00645-20-DODE-182 | 4/20/2020 16:26 | | | 401.8 | Documented Deterrence |
| 011-00645-20-DODE-183 | 4/20/2020 16:26 | | | 401.8 | Documented Deterrence |
| 011-00645-20-SHOP-412 | 4/29/2020 9:00 | | | 109.99 | Shoplifting |
| 011-00645-20-ASSLT-1 | 5/4/2020 12:12 | | | 0 | Assault |
| 011-00645-20-DODE-184 | 5/18/2020 | | | 254.42 | Documented Deterrence |
| 011-00645-20-DODE-185 | 5/18/2020 | | | 254.42 | Documented Deterrence |
| 011-00645-21-DODE-186 | 11/4/2021 18:30 | | | 954.24 | Documented Deterrence |
| 011-00645-21-DODE-187 | 11/13/2021 16:45 | | | 469.93 | Documented Deterrence |
| 011-00645-21-VEHI-1 | 11/13/2021 20:30 | | | 0 | Vehicle Theft |
| 011-00645-22-WESTUN-1 | 1/12/2022 15:57 | | Information Only | 0 | Western Union Fraud |
| 011-00645-22-OTHE-8 | 4/24/2022 14:50 | | Information Only | 1952.26 | Other (External) |
| 011-00645-22-OTHE-9 | 4/24/2022 14:50 | | | 0 | Other (External) |