# EXHIBIT N

**Kroger Security Rating**

2020 KCI (Kroger Cap Index)

| | | | | STORE INFORMATION | | | | |
|---|---|---|---|---|---|---|---|---|
| ID | Division Number | Division Name | Store Number | Address | City | State | ZIP Code | Latitude |
| 011-00645 | 011 | Atlanta | 00645 | 5720 Ogee | Savannah | GA | 31405 | 32.02727 |



PLAINTIFF'S EXHIBIT 6

| | | | | **CUSTOM STORE RISK PROFILE** | | | | |
|---|---|---|---|---|---|---|---|---|
| Longitude | Open Date | Actual or Predicted | KCI Sales Decile | KCI Crime and Loss Decile | KCI Crime and Loss Decile Group | Av. Store Sales | Av. Store Sales Decile | Av. Personal Care Sales |
| -81.2258 | 11/10/2005 | Actual | | 8 | 7 C | | | 8 |

_2

## SALES DECILE COMPONENTS

| Av. Personal Care Sales Decile | Av. Health Sales | Av. Health Sales Decile | Av. Beauty Sales | Av. Beauty Sales Decile | Av. Candy Sales | Av. Candy Sales Decile | CAP Index 3-Mile Score | Av. Personal Care Shrink % |
|---|---|---|---|---|---|---|---|---|
| 8 | | 7 | | 7 | | 7 | 102 | 2.0% |

-3

| CRIME AND LOSS DECILE COMPONENTS ||||||||||
|---|---|---|---|---|---|---|---|---|---|
| Av. Personal Care Shrink % Decile | Av. Health Shrink % | Av. Health Shrink % Decile | Av. Beauty Shrink % | Av. Beauty Shrink % Decile | Av. Candy Shrink % | Av. Candy Shrink % Decile | Av. Property 1 Crime Rate Weighted by Year | Av. Property 1 Crime Rate Weighted by Year Decile |
| 6 | 3.4% | 7 | 13.2% | 7 | 1.9% | 5 | 0.08 | 9 |

-4



| Av. GL BI Claims Rate | Av. GL BI Claims Rate Decile | Abduction 17 | Abduction 18 | Abduction 19 | Attempted Abduction 17 | Attempted Abduction 18 | Attempted Abduction 19 | Assault 17 | DY |
|---|---|---|---|---|---|---|---|---|---|
| 0.01 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |



| | | | | | | | | Triggering Event |
|---|---|---|---|---|---|---|---|---|
| Assault 18 | Assault 19 | Homicide 17 | Homicide 18 | Homicide 19 | Robbery 17 | Robbery 18 | Robbery 19 | Weighted Total |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

NAMIC INCIDENT DIMENSION

-6

| KROGER CAP INDEX (KCI) | | |
|---|---|---|
| Dynamic Incident Dimension | KCI | KCI Risk Category |
| 1 | C1 | Medium |

-7