AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CAROLYN ENZOR, as Next Friend of K.E. and K.E. minors, and JULIANNE GLISSON, as Administrator of the Estate of KA'LA ENZOR,

Plaintiffs,

v.

THE KROGER CO,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 422-083

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order entered March 28, 2024, this case stands closed.

3/28/2024
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020